UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Troy L. Nunley  
Chief United States District Judge  
Sacramento, California

RE: Richard Ruiz  
Docket Number: 0972 2:24CR00196-1  
<u>Request for Continuance of Admit/Deny Hearing</u>

Your Honor:

Mr. Ruiz is currently scheduled to appear before Your Honor on August 21, 2025, for an admit/deny hearing. It has recently been discovered his wife is not appropriate for chaperone training and we have a new plan in place to address his violation conduct. Therefore, all parties are requesting a continuance until November 13, 2025, to give Mr. Ruiz time to address his violation conduct in a therapeutic setting. Both counsels agree with this request. Thank you for your consideration.

Respectfully submitted,

Rebecca A. Fidelman  
Sr. United States Probation Officer

Reviewed by,

Tanisha M. Sanford  
Supervisory United States Probation Officer

Dated: August 6, 2025  
Roseville, California

## ORDER OF THE COURT

THE COURT ORDERS: **The admit/deny hearing continued until November 13, 2025, at 9:30 AM.**

☒ Approved    ☐ Disapproved

August 7, 2025  
Date

Honorable Troy L. Nunley  
Chief United States District Judge

1

REV. 10/2024  
CAE___MEMO___COURT (W ORDER)

RE: Richard Ruiz
Docket Number: 0972 2:24CR00196-1
<u>Request for Continuance</u>

Attachment(s)

cc: Kristin Scott
Assistant United States Attorney

Douglas Beevers
Defense Counsel

2

REV. 01/2021
CAE___MEMO__COURT (W ORDER)