HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
RICHARD RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD RUIZ,<br><br>Defendant. | Case No. 2:24-cr-00196-TLN<br><br>STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING<br><br>Date: April 17, 2026<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special Assistant United States Attorney Cameron Desmond, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Richard Ruiz, that the admit/deny hearing, currently scheduled for March 26, 2026, be re-set to April 16, 2026 at 9:30 a.m. before Judge Troy Nunley.

The defense requests the additional time in order to review exculpatory evidence and further prepare for the hearing.  The government has no objection to this continuance. U.S. Probation Officer Gina Faubion has no objection to the continuance and is available on that date.

//

//

-1-

Respectfully submitted,

Dated:  March 16, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
RICHARD RUIZ

Dated:  March 16, 2026

ERIC GRANT
United States Attorney

/s/ *Cameron Desmond*
CAMERON DESMOND
Special Assistant U.S. Attorney
Attorney for Plaintiff

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that the admit/deny hearing as to this defendant previously set for March 26, 2026, is CONTINUED to **April 16, 2026, at 9:30 a.m.**

Dated:  March 18, 2026

_____
Troy L. Nunley
Chief United States District Judge

-3-