UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Chief United States District
Judge Troy L. Nunley
Sacramento, California

RE:  Richard Ruiz
Docket Number:  0972 2:24CR00196-1
<u>RECOMMENDATION TO DISMISS PETITION
FILED MAY 28, 2025</u>

Your Honor:

On May 28, 2025, a Petition for Warrant or Summons for Person Under Supervision was filed with the Court alleging: Prohibited Contact with Minor(s) (3 counts). Mr. Ruiz appeared for his Initial Appearance on the Summons on June 12, 2025, before the Honorable Jeremy D. Peterson and was continued under his conditions of supervised release. He appeared before Your Honor on November 13, 2025, for a status conference regarding his violations. Your Honor admonished Mr. Ruiz and laid out the consequences if he continued to have unauthorized contact with his minor grandchild. His admit/deny hearing was eventually continued to April 16, 2026.

Mr. Ruiz was reenrolled in Sex Offender treatment, and he and his provider have been working to establish a relapse prevention plan and a specific action plan to put in place when he is off supervision and will have contact with his minor grandchild. His treatment provider stated the plan is solid and is hopeful Mr. Ruiz will implement his relapse prevention plan if/when needed.

<u>Recommendation:</u> Based on the above information, the undersigned requests the petition filed on May 28, 2025, be dismissed. Mr. Ruiz' supervision is set to expire on April 28, 2026.

1

RE:     Richard Ruiz
        Docket Number:   0972 2:24CR00196-1
        <u>RECOMMENDATION TO DISMISS PETITION FILED MAY 28, 2025</u>

Respectfully submitted,                          Reviewed by,


_____              _____
Rebecca A. Fidelman                              Tanisha M. Sanford
Sr. United States Probation Officer          Supervisory United States Probation Officer

Dated:   April 6, 2026
         Roseville, California


## ORDER OF THE COURT

THE COURT ORDERS: **The petition filed on May 28, 2025, be dismissed.**

☒   Approved          ☐   Disapproved


April 6, 2026
_____                      _____
Date                                         Chief United States District Judge Troy L. Nunley


Attachment(s)

cc:     Ross Pearson
        Assistant United States Attorney

        Douglas Beevers
        Defense Counsel

2

REV.  01/2021
CAE___MEMO__COURT (W ORDER)